WO

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 0 7 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　Plaintiff,<br>vs.<br>Johnson Ray Whatoname, Sr.,<br>　　　Defendant. | CR-09-8087-01-PCT-NVW<br><br>**ORDER** |

A pretrial revocation hearing on the Petition for Revocation of Pretrial Release was held on December 4, 2009.

**THE COURT FINDS** that by clear and convincing evidence the Defendant has violated the terms and conditions of his release pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that Defendant is unlikely to abide by release conditions that would reasonably ensure the safety of the community

**IT IS ORDERED** that Defendant shall be detained until further order of the assigned District Judge.

DATED this 7th day of December, 2009.

Lawrence O. Anderson
United States Magistrate Judge